UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| ROBERT M. CORAM, | |
| Plaintiff, | No. 15 cv 53 EJM |
| vs. | ORDER |
| JASON BEHEL, et al., | |
| Defendants. | |

This matter is before the court on Defendants' unresisted motion for summary judgment, filed October 9, 2015. Granted.

Defendants move pursuant to F.R.Civ.P 56 for summary judgment asserting there is no factual dispute that the sole ground of the Complaint, that prison officials informed other prisoners of Coram's background and failed to protect him from assaults, is unexhausted. Jurisdiction under 28 U.S.C. §1331.

Summary judgment should be granted "against a party who fails to make a showing sufficient to establish the existence of an element essential to that party's case..." Collates Corp. v. Catrett, 477 U.S. 317, 106 S.Ct. 2548, 2553 (1986). "When the moving party has carried its burden under Rule 56(c), its opponent must do more than simply show that there is some metaphysical doubt as to the material facts." Matsushita Electric Industrial Co., Ltd. v. Zenith Radio Corp., 475 U.S. 574, 106 S.Ct. 1348, 1356 (1986). "In the language of the rule, the non-moving party must come forward with 'specific facts showing that there is a genuine issue for trial.'" Matsushita,

1

106 S.Ct. at 1356; Anderson v. Liberty Lobby, Inc., 477 U.S. 242, 106 S.Ct. 2505, 2510 (1986).

The unrefuted affidavit of Cindy Wolmutt, Administrative Assistant II at Anamosa State Penitentiary and keeper of the records of prison grievances, states that although this prisoner files and partially pursues multiple grievances, this particular grievance, Grievance #25400, was not properly exhausted. Coram failed to complete informal resolution, and also failed to appeal from the determination that he failed to complete informal resolution. As such, the claim is procedurally defaulted. 28 U.S.C. 2254(b); Edwards v. Carpenter, 529 U.S. 446, 451 (2000); Wemark v. Iowa, 322 F.3d 1018, 1021 (8th Cir. 2003.)

It is therefore

ORDERED

Granted.

December 18, 2015

Edward J. McManus, Judge
UNITED STATES DISTRICT COURT